■ The People of the State of New York, Respondent, v John Blevins, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Cacciabaudo, J.), imposed April 4, 1985.

Sentence affirmed.

The imposed sentence of 1 to 3 years' imprisonment coupled with restitution in the amount of $569.58 was not excessive under the circumstances of this case. Mollen, P. J., Thompson, Niehoff, Rubin and Kunzeman, JJ., concur.

■ The People of the State of New York, Respondent, v Jasper Brown, Appellant.—Appeal by the defendant from a judgment of the County Court, Suffolk County (Snellenburg, J.), rendered June 16, 1982, convicting him of attempted robbery in the first degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel is granted leave to withdraw as counsel (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf. People v Gonzalez, 47 NY2d 606). Mollen, P. J., Thompson, Niehoff, Rubin and Kunzeman, JJ., concur.

■ The People of the State of New York, Respondent, v Thomas Butler, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Browne, J.), rendered November 23, 1981, convicting him of robbery in the second degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf. People v Gonzalez, 47 NY2d 606). Mollen, P. J., Thompson, Niehoff, Rubin and Kunzeman, JJ., concur.